**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STANISLAV ALENKIN, on behalf of himself and
all others similarly situated,

                          Plaintiffs,

                -against-
FIRSTSOURCE ADVANTAGE, LLC

                        Defendant.

Case No.  1:18-cv-03355-RRM-RLM

**NOTICE OF VOLUNTARY**
**DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's

attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with

prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:     Brooklyn, New York
           July 26, 2018

                               Respectfully submitted,

                               By: /s/ Daniel Louro
                               Daniel Louro, Esq.
                               Cohen & Mizrahi LLP
                               300 Cadman Plaza W, 12th floor
                               Brooklyn, New York 11201
                               Phone: (929) 575-4175
                               Fax:   (929) 575-4195
                               Email: Dlouro@cml.legal
                               *Attorneys for Plaintiff*